PROB 12C
(7/93)

Report Date:  June 14, 2016

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sergio Chavez                    Case Number: 0980 2:16CR00048-TOR-1

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Janis Graham Jack, U.S. District Court Judge
Name of Supervising Judicial Officer The Honorable Thomas O. Rice, Chief U.S. District Court Judge

Date of Original Sentence: November 6, 2003

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 18 Kilograms of Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(A) | |
| Original Sentence: | Prison - 188 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: March 29, 2016 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: March 28, 2021 |

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On June 12, 2016, the U.S. Probation Office in Spokane received an automated inquiry providing notification to the agency that Mr. Chavez' name had been run by law enforcement in Connell, Washington. A police report was requested on the contact, and received on June 13, 2016. It was learned that on June 12, 2016, an assault occurred in Connell. The resulting investigation concluded that Mr. Chavez was a suspect in the assault, and his apprehension is actively being sought by law enforcement.

The report further elaborates on the assault, and uses witness testimony to substantiate the allegations. Witnesses were later able to identify Mr. Chavez when presented with a photo montage. The report concluded that probable cause exists at this time for the arrest of Mr. Chavez. It should be noted that the alleged victim is an 18-year-old high school student, and that both Mr. Chavez and his brother, Mr. Alfredo Chavez, were identified as having participated in the assault on the victim. The police report recommends charges of Fourth Degree Assault, a violation of R.C.W. 9A.36.041, a Gross Misdemeanor, and Harassment,

Prob12C
**Re: Chavez, Sergio**
**June 14, 2016**
**Page 2**

in violation of 9A.46.020. Under state law Mr. Chavez could be charged with either a Class C Felony, or a Gross Misdemeanor contingent upon the specific type of harassment cited upon arrest.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 14, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X ]   The Issuance of a Summons
[ X ]   Other   Defendant's initial appearance to be scheduled
                in Richland before Magistrate Dimke.

Signature of Judicial Officer

June 27, 2016

Date