# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2018

SEAN F. McAVOY, CLERK

## REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: CHAVEZ, Sergio
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge
Docket No: 2:16CR00048-TOR-1

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Sergio Chavez to travel out of the country.

Respectfully submitted by,
s/David L. McCary         07/27/2018

David L. McCary                       Date
U.S. Probation Officer

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

*Thomas O. Rice*

Signature of Judicial Officer

July 30, 2018
Date